AP-77,03
COURT OF CRIMINAL APPEAL
AUSTIN, TEXA
Transmitted 4/24/2015 9:35:07 AI
Accepted 4/24/2015 9:46:53 AI
ABEL ACOST,
CLER

CASE NO. AP-77,033

## IN THE COURT OF CRIMINAL APPEALS
## OF TEXAS

GEORGE THOMAS CURRY,
APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

TO THE HONORABLE JUDGES OF SAID COURT:

THE UNDERSIGNED ATTORNEY files this Motion to Withdraw pursuant to TEX. R. APP. P. 6.5:

I.

The appellant has been guilty of capital murder and sentenced to death. The appeal of his case is automatic.

II.

The appellant remained indigent at the conclusion of his trial and received appointed counsel for the purpose of direct appeal.

III.

The appellant's initial appellate attorney was allowed to withdraw.

The undersigned attorney was appointed to represent the appellant on May 14, 2014.

IV.

This Court has granted two prior requests for extension of time to file the appellant's brief. The appellant's brief is now due on April 24, 2015.

## V.

The attorney for the appellant will not be able to complete the appellant's brief by April 24, 2015 and requests that he be allowed to withdraw. This request is made to ensure that the appellant has counsel that will be able to devote all of the time and effort that is necessary to complete a death penalty capital murder brief. This request is also made to ensure that this Court will have counsel representing the appellant who will be able to move forward with the case without further delay.

## VI.

Counsel is advising the trial court of the filing of this motion and will provide it with a courtesy copy. Counsel will advise the trial court of the need to appoint new counsel to represent Mr. Curry who remains indigent.

## VII.

Counsel is also advising the appellant of the filing of this motion by direct and certified mail. A copy of counsel's letter is attached as Exhibit A.

## VIII.

Counsel has never requested leave to withdraw as appellate counsel before except in an *Anders* Brief. This request is made because of prior and present demands of other cases that prevent counsel from completing the appellant's brief. These include, but are not limited to:

A.    Counsel tried a one week non-death capital murder case entitled *The State of Texas v. Than Hoang* in early August, 2014.

B.    Counsel tried a one-week aggravated robbery case entitled *The State of Texas v. Enitor Cole* in early September, 2014.

C.    Counsel tried a death penalty capital case that lasted seven weeks in a case entitled *The State of Texas v. Warren Rivers.*

D. In December, 2014 counsel completed and filed a brief in **Brian Victorian v. The State of Texas**.

E. In early January, 2015 the counsel's father died in Cleveland, Ohio and he had to attend to arrangements in Cleveland related to his funeral services.

F. Counsel tried a one week aggravated sexual assault case in a case entitled **The State of Texas v. Richard Owings** in late January, 2015.

G. Counsel tried an assault on a public servant in a case entitled **The State of Texas v. Tommy Alexander** in mid-February, 2015.

H. Counsel tried a child custody case entitled **In the Interest of N.J.J.** in the 308th District Court of Harris County, Texas in mid-February, 2015.

I. Counsel completed and filed the brief in **Daniel Rodriguez v. The State of Texas** in mid-February, 2015.

J Counsel will complete the non-death capital murder brief in a case entitled **Johntay Gibson** on or before April 27, 2015.

K. Counsel has multiple trials of significant severity scheduled in early May and early June, 2015.

IV.

This motion is not intended for the purposes of delay but only so that justice may be done.

WHEREFORE, PREMISES CONSIDERED, the undersigned attorney requests that the Court grant this Motion.

Respectfully submitted,

/s/ KURT B. WENTZ
KURT B. WENTZ
5629 Cypress Creek Parkway,
Suite 115
Houston, Texas 77069
Phone: 281/587-0088
State Bar No. 21179300
e-mail: kbsawentz@yahoo.com
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I, Kurt B. Wentz, hereby certify that a true and correct copy of the Appellant's Motion to Withdraw was personally served on the Assistant District Attorney for Harris County, Texas presently handling this Cause on the 24th day of February, 2015.

/s/ KURT B. WENTZ
KURT B. WENTZ

April 23, 2014


Mr. George T. Curry
T.D.C.J. No. 999,588
Polunsky Unit
3872 FM 350 S.
Livingston, TX 77351

Dear Mr. Curry:

I was appointed to represent you on direct appeal after Wayne Hill was allowed to withdraw from your case.

Unfortunately, I must now also ask to withdraw from your case. I have now filed two extension requests and will not be able to file a brief that adequately addresses your needs in this most serious case.

My request to withdraw is not made out of indifference or disrespect. Quite the contrary; it is the seriousness of your situation and the extensive work that your type of case requires that motivates my decision.

I have had simply too many trials and other appellate cases to adequately address yours.

I am sure the Court will appoint a qualified attorney to represent you on appeal.

You continue to have my best wishes.

Very truly yours,


Kurt B. Wentz

Sent by Direct and Certified Mail/Return Receipt requested